JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker<br>     Plaintiff,<br>v.<br>Jack Gumbiner et al<br>     Defendant. | 2:19-cv-09379-RSWL-AGRx<br><br>**ORDER DISMISSING CASE** |

On January 3, 2020, the Court ordered counsel to Show Cause why this action should not be dismissed for lack of prosecution. To date, counsel has not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 31, 2020         s/ RONALD S.W. LEW
                                HONORABLE RONALD S. W. LEW
                                U.S. District Judge

1